PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | Docket Number: 1:04CR05028-02 OWW |
| ) | |
| TRAVIS JOHN DODD ) | |
| ) | |

On November 22, 2004, the above-named was placed on probation for a period of 5 years. The offender has complied with the rules and regulations of supervision. He has completed his restitution obligation, satisfied his special assessment, and completed his 500 hours of community service. Therefore, it is recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Scott J. Waters

Scott J. Waters
Senior United States Probation Officer

Dated:   September 22, 2008
         Visalia, California


**REVIEWED BY:**     /s/ Thomas A. Burgess
                    **THOMAS A. BURGESS**
                    **Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   DODD, Travis John**
      **Docket Number:   1:04CR05028-02 OWW**
      **ORDER TERMINATING PROBATION**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   October 21, 2008**                    **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE

Rev. 03/2005
PROB35.MRG